

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00465-CR

| | | |
|---|---|---|
| Helmo Gonzalez | § | From County Criminal Court No. 2 |
| | § | of Denton County (CR-2013-04645-B) |
| v. | § | |
| | | October 1, 2015 |
| | § | |
| | | Opinion by Justice Sudderth |
| The State of Texas | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
        Justice Bonnie Sudderth